UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MILES CHRISTIAN-HART,

   Plaintiff,

                              CASE NO.: 8:18-CV-02967-VMC-SPF

-vs-

MONTEREY FINANCIAL SERVICES, INC.,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Miles Christian-Hart, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail on this 27th day of March, 2019 to: Christopher Walker, Esquire, and Brendan Little, Esquire, 822 N. A1A, Suite 100, Ponte Vedra Beach, Florida 32082 (cwalker@lippes.com; blittle@lippes.com).

                                                                  */s/Frank H. Kerney, III, Esquire*
                                                                  Frank H. Kerney, III, Esquire
                                                                  Florida Bar #: 88672
                                                                  Morgan & Morgan, Tampa, P.A.
                                                                  One Tampa City Center
                                                                  201 North Franklin Street, 7th Floor
                                                                  Tampa, FL 33602
                                                                  Telephone: (813) 223-5505
                                                                  Facsimile: (813) 223-5402
                                                                  fkerney@forthepeople.com
                                                                  snazario@forthepeople.com
                                                                  mmartinez@forthepeople.com
                                                                  *Counsel for Plaintiff*