UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MILES CHRISTIAN-HART,

    Plaintiff,                          CASE NO.:  8:18-CV-02967-VMC-SPF

-vs-

MONTEREY FINANCIAL SERVICES, INC.,

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

       COME NOW the Plaintiff, Miles Christian-Hart, and the Defendant, Monterey Financial

Services, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with

prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above

styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

       Respectfully submitted this 29th day of May, 2019.

_/s/Frank H. Kerney, III, Esquire_               _/s/Christopher Walker, Esquire_
Frank H. Kerney, III, Esquire                    Christopher Walker, Esquire
Florida Bar #: 88672                           Lippes Mathias Wexler Friedman LLP
Morgan & Morgan, Tampa, P.A.             822 N. A1A, Suite 100
One Tampa City Center                    Ponte Vedra Beach, FL 32082
201 North Franklin Street, 7th Floor      Telephone: (904) 660-0020
Tampa, FL 33602                          Fax: (904) 660-0029
Telephone: (813) 223-5505              cwalker@lippes.com
Fax:  (813) 223-5402                      _Counsel for Defendant_
fkerney@forthepeople.com
snazario@forthepeople.com
mmartinez@forthepeople.com
_Counsel for Plaintiff_